In the Matter of the Application of JULE L. MAISEL and ALEXANDER H. KATZ, Appellants, for an Order to Declare Valid the Designating Petitions Filed by or on Behalf of the Said JULE L. MAISEL and ALEXANDER H. KATZ, with the Board of Elections of the City of New York, as Candidates for Nomination to the Office of Assembly, 6th Assembly District, Democratic Party, Kings County, and Office of Member of Senate, 7th Senatorial District, Democratic Party, Kings County, Respectively, in the Democratic Primaries to Be Held on the 17th Day of September, 1940, and for a Further Order Enjoining and Restraining the Board of Elections of the City of New York from Holding Its Drawing for the Position on the Primary Ballots, and for an Order Directing the Board of Elections of the City of New York to Show Cause Why It Should Not Place Petitioners' Names upon the Ballot in the Primary Election to Be Held on September 17, 1940, for the Above

Mentioned Offices, and Why the Objections and Specifications Heretofore Filed against the Said Designating Petitions Should Not Be Dismissed. JACOB J. SCHWARTZWALD and JOSEPH H. GIVANT, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— Order reversed on the law and the facts, without costs and matter remitted to Special Term, Kings County, to take proof as to whether the name of Emanuel Celler, as designee for Congress, was placed on the petitions with the names of Alexander H. Katz, as designee for State Senator in the Seventh Senatorial District, Kings County, and Jule L. Maisel, as designee for Member of Assembly, Sixth Assembly District, Kings County, respectively, for the purpose of inducing electors to believe that said Alexander H. Katz and Jule L. Maisel were designees of the Regular Democratic Organization, or, that said Emanuel Celler was allied with them and in sympathy with their designations. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur. [See *post*, p. 804. See, also, *post*, p. 805.]